IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| BOB AHMADI, #624218 § | |
| § | |
| V. § | CIVIL ACTION NO. G-04-83 |
| § | |
| RAYMOND SOVA § | |

### ORDER OF DISMISSAL

Before the Court for its Order of Acceptance is a Report and Recommendation of the United States Magistrate Judge, entered on February 5, 2007, which recommends that the above-styled cause be dismissed with prejudice. In his objections to the Report and Recommendation, Plaintiff reasserts and embellishes already pleaded, self-serving allegations regarding excessive use of force against him by Defendant which are wholly unsubstantiated and fail to show that a genuine issue for trial exists. Failing to meet his burden to show that summary judgment is not appropriate, the Court finds Plaintiff's objections to be without merit.

After *de novo* review pursuant to 28 U.S.C. §636 (b)(1)(C), this Court is of the opinion that the Report and Recommendation of the Magistrate Judge should be, and it is hereby, **ACCEPTED** in its entirety and incorporated by reference herein. It is the **ORDER** of this Court that Defendant's Motion for Summary Judgment is **GRANTED** and this cause is **DISMISSED** with prejudice as frivolous and for failure to state a claim for which relief can be granted.

**DONE** at Galveston, Texas, this the 27th day of February, 2007.

_____
Samuel B. Kent
United States District Judge