IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| BOB AHMADI, #624218 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-04-83 |
| | § | |
| RAYMOND SOVA | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Opinion and Order, the above-styled cause is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 27th day of February, 2007.

_____
Samuel B. Kent
United States District Judge